# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAVERNE RYANT,<br><br>Defendant. | No. CR88-0015<br><br>ORDER REGARDING REQUEST<br>FOR HEARING |

On the 19th day of August 2014, this matter came on for hearing pursuant to the Court's Order of May 6, 2014. The Government was represented by Assistant United States Attorneys Timothy T. Duax (appearing telephonically) and Sean R. Berry. Defendant Laverne Ryant did not appear, but was represented by his attorney, Michael M. Lindeman.[1]

On March 6, 2014, the warden at the U.S. Medical Center for Federal Prisoners in Springfield, Missouri, sent a letter (docket number 193) to the Court, with a "risk assessment review report" attached. A copy of the letter and attachment was sent to the United States Attorney's Office. Upon receipt of the letter, the Government filed a request for hearing pursuant to 18 U.S.C. § 4243(e). A status hearing was held in that regard on May 6. Following the hearing, however, the Government filed a status report (docket number 200) indicating that the letter from the warden dated March 6, 2014 was not a "certificate" as that term is used in 18 U.S.C. § 4243(f). On August 18 — one day prior

---

[1] Mr. Lindeman advised the Court that he had talked to Defendant regarding his right to telephonically appear at the instant hearing, and Defendant declined.

to the hearing — the Government filed a withdrawal of its request for hearing (docket number 201).

The parties agreed at the instant hearing that because the director of the facility in which Defendant is hospitalized has not filed a certificate pursuant to 18 U.S.C. § 4243(f), and because the Government has now withdrawn its request for a hearing, there is nothing further to be done in this case at this time. If and when the warden files an appropriate certificate, the Government will bring this matter to the attention of the Court. If Defendant believes that he is being unlawfully detained, then he may seek whatever appropriate remedy may be available.

## ORDER

IT IS THEREFORE ORDERED that the Court will take no further action on the Request for Hearing (docket number 190) filed by the Government on April 4, 2014.

DATED this 19th day of August, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA